Hon. S. Kate Vaughan
Noting Date: December 6, 2022

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APERTURE NET LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRIC MIRROR, INC.,<br><br>    Defendant. | No. 2:22-cv-01548-SKV<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

### **STIPULATION AND ORDER REGARDING SCHEDULING**

Plaintiff Aperture Net LLC ("Aperture Net" or "Plaintiff") and Defendant Electric Mirror, Inc. ("Electric Mirror" or "Defendant") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

**WHEREAS** Plaintiff Aperture Net LLC filed its Complaint for Patent Infringement on November 1, 2022. Dkt. No. 1.

**WHEREAS** Plaintiff served Defendant with the Complaint and associated documents on November 16, 2022, and the current deadline for Defendant to move, answer, or otherwise respond to the Complaint is December 7, 2022.

**WHEREAS** counsel for Defendant has recently been retained and requires additional time to investigate the allegations in the Complaint.

1    **WHEREAS** this is the first extension requested in this case and this extension will not
2    affect any upcoming deadlines and is not sought for the purposes of delay.
3    **WHEREAS** counsel for Defendant conferred with counsel for Plaintiff regarding a 30-
4    day extension for Defendant's response to the Complaint.
5    **IT IS THEREFOR STIPULATED AND AGREED**, by and between the undersigned
6    parties, subject to the Court's approval, that Defendant be granted a 30-day extension of time to
7    respond, and the new deadline by which Defendant would be required to answer or otherwise
8    respond to Plaintiff's Complaint would now be January 6, 2023.
9    **DATED**: December 6, 2022

| **MANN LAW GROUP PLLC** | **BADGLEY MULLINS TURNER PLLC** |
|---|---|
| */s/ Philip P. Mann*_____ | */s/ Duncan C. Turner*_____ |
| Philip P. Mann, WSB No. 28860 | Duncan C. Turner WSBA #20597 |
| 403 Madison Ave. N. Ste. 240 | 19929 Ballinger Way, Suite 200 |
| Bainbridge Island, WA 98110 | Seattle, WA 98155 |
| Phone: (206) 436-0900 | Phone: (206) 621-6566 |
| Email: phil@mannlawgroup.com | Email: dturner@badgleymullins.com |
| **GARTESIER HONEA – IP TRIAL ATTORNEYS** | **MAIER & MAIER, PLLC** |
| Randall Garteiser (*pro hac vice forthcoming*) | Timothy J. Maier (*pro hac vice forthcoming*) |
| Christopher A. Honea (*pro hac vice forthcoming*) | Siddhesh V. Pandit (*pro hac vice forthcoming*) |
| 119 W. Ferugson St. | 345 S. Patrick Street |
| Tyler, TX 75702 | Alexandria, VA 22314 |
| Phone: (415) 785-3762 | Phone: (703) 740-8322 |
| Fax: (415) 785-3805 | Fax: (703) 991-7071 |
| Email: rgarteiser@ghiplaw.com | Email: tjm@maierandmaier.com |
| | Email: svp@maierandmaier.com |
| *ATTORNEYS FOR PLAINTIFF APERTURE NET LLC* | *ATTORNEYS FOR DEFENDANT ELECTRIC MIRROR, INC.* |

## ORDER

Pursuant to the Parties' above stipulation of an extension of time to respond, **IT IS SO ORDERED.**

**Dated this 8th day of December, 2022**

_____
Hon. Tana Lin