The Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APERTURE NET LLC,

                 Plaintiffs,

v.

ELECTRIC MIRROR INC,

                 Defendants.

No. 2:22-cv-01548-TL

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE

NOTING DATE: March 7, 2023

## STIPULATION

Plaintiffs Aperture Net, LLC, by and through their undersigned counsel of record, and Defendants Electric Mirror, Inc., by and through its undersigned counsel of record, hereby stipulate and agree that the parties have resolved all issues between them and pray that the Court enter an order dismissing all the claims and causes of actions against defendants in the above-captioned case with prejudice, and with all parties to bear their own attorneys' fees and costs.

**DATED**: March 7, 2023

| MANN LAW GROUP PLLC | BADGLEY MULLINS TURNER PLLC |
|---|---|
| */s/ Philip P. Mann* | */s/ Duncan C. Turner* |
| Philip P. Mann, WSB No. 28860 | Duncan C. Turner WSBA #20597 |
| 403 Madison Ave. N. Ste. 240 | 19929 Ballinger Way, Suite 200 |

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 1
Case No.  22-cv-01548-TL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

| | | |
|---|---|---|
| 1 | Bainbridge Island, WA 98110 | Seattle, WA 98155 |
| 2 | Phone: (206) 436-0900 | Phone: (206) 340-5907 |
|   | Email: phil@mannlawgroup.com | Email: dturner@badgleymullins.com |
| 3 | | *Of Counsel* |
| 4 | **GARTESIER HONEA – IP TRIAL ATTORNEYS** | **MAIER & MAIER, PLLC** |
|   | | Timothy J. Maier (*pro hac vice*) |
| 5 | Randall Garteiser (pro hac vice forthcoming) | Siddhesh V. Pandit (*pro hac vice*) |
| 6 | Christopher A. Honea (pro hac vice forthcoming) | 345 S. Patrick Street |
|   | | Alexandria, VA 22314 |
| 7 | 119 W. Ferugson St. | Phone: (703) 740-8322 |
|   | Tyler, TX 75702 | Fax: (703) 991-7071 |
| 8 | Phone: (415) 785-3762 | Email: tjm@maierandmaier.com |
|   | Fax: (415) 785-3805 | Email: svp@maierandmaier.com |
| 9 | Email: rgarteiser@ghiplaw.com | |
| 10 | | |
| 11 | ***ATTORNEYS FOR PLAINTIFF APERTURE NET LLC*** | ***ATTORNEYS FOR DEFENDANT ELECTRIC MIRROR, INC.*** |

STIPULATION AND ~~[PROPOSED]~~ ORDER
FOR DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 2
Case No. 22-cv-01548-TL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

**ORDER**

This matter having come before the Court on the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, it is hereby,

**ORDERED** that all claims and all actions between all parties in the above-entitled action are dismissed with prejudice and without an award of attorneys' fees or costs to any party.

DATED this 9th day of March 2023.

_____
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL OF ALL CLAIMS WITH
PREJUDICE - 3
Case No. 22-cv-01548-TL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686